Martin R. Galbut (#002943)
Keith R. Galbut (#022869)
J. Blake Mayes (#024159)
GALBUT & HUNTER
A Professional Corporation
2425 East Camelback Road, Suite 1020
Phoenix, Arizona 85016
Phone: 602.955.1455
Fax: 602.955.1585
Attorneys for Plaintiff/counterdefendant

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BDP INNOVATIVE CHEMICALS COMPANY, a Florida corporation,<br><br>Plaintiff,<br><br>vs.<br><br>E.P. CONSULTING, INC., a Delaware corporation; LANCE RENFROW, an individual; and CLEAR SOLUTIONS USA, LLC, an Arizona limited liability company,<br><br>Defendants.<br><br>E.P. CONSULTING, INC., a Delaware corporation; LANCE RENFROW, an individual,<br><br>Counterclaimants,<br><br>vs.<br><br>BDP INNOVATIVE CHEMICALS COMPANY, a Florida corporation,<br><br>Counterdefendant. | Case No. CV06-0009-PHX-MHM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(Assigned to Hon. Mary H. Murguia, United States District Court Judge) |

Following a Settlement Conference, the parties herein stipulate and agree as follows:

1. Plaintiff and Defendant have reached a settlement in connection with this action. As a result, and as a part thereof, the parties agree to dismissal with prejudice of any and all claims asserted, or which could have been asserted, in this action: (i) by Plaintiff

against Defendants; and (ii) by Defendants against Plaintiff.

2. The Court shall retain jurisdiction of this matter for the purposes of enforcing the parties' Settlement Agreement and the New License Agreement entered into between the parties, including retaining the power to enter any judgment, including, without limitation, injunctive relief and/or damages, on that Settlement Agreement and/or New License Agreement.

3. Except as set forth in the Settlement Agreement and New License Agreement, each party shall bear their own attorneys' fees and costs in connection with this action.

4. The United States Patents numbered 6,555,511 and 6,855,679 are valid.

5. A proposed form of order effectuating the foregoing, and terminating this action in its entirety, is submitted contemporaneously herewith.

RESPECTFULLY SUBMITTED this 16th day of November, 2006.

    GALBUT & HUNTER
    A Professional Corporation


    s/ Martin R. Galbut
    Martin R. Galbut
    J. Blake Mayes
    Camelback Esplanade, Suite 1020
    2425 East Camelback Road
    Phoenix, Arizona 85016
    Attorneys for Defendant/counterclaimant

    THE EAGLEBURGER LAW GROUP


    s/ G. Gregory Eagleburger
    G. Gregory Eagleburger
    2999 North 44th Street, Suite 303
    Phoenix, Arizona 85018
    Attorneys for Plaintiffs/counterdefendants

| | |
|---|---|
| 1 | COPY of the foregoing hand-delivered and sent *via* e-mail |
| 2 | this 16th day of November, to: |
| 3 | The Honorable Mary H. Murguia |
| | Sandra Day O'Connor U.S. Courthouse |
| 4 | 401 W. Washington Street, Suite 130, SPC 1 |
| | Phoenix, AZ 85003-2118 |
| 5 | |
| | s/ Martin R. Galbut_____ |
| 6 | Martin R. Galbut |

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on November ____, 2006 I electronically filed the foregoing with the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following e-mail address:

G. Gregory Eagleburger
ggelaw@aol.com

 s/ Martin R. Galbut