# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| BDP INNOVATIVE CHEMICALS COMPANY, a Florida corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>E.P. CONSULTING, INC., a Delaware corporation; LANCE RENFROW, an individual; and CLEAR SOLUTIONS USA, LLC, an Arizona limited liability company,<br><br>　　　　　Defendants. | Case No. CV-06-0009-PHX-MHM<br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>(Assigned to Hon. Mary H. Murguia, United States District Court Judge) |
| E.P. CONSULTING, INC., a Delaware corporation; LANCE RENFROW, an individual,<br><br>　　　　　Counterclaimants,<br><br>　vs.<br><br>BDP INNOVATIVE CHEMICALS COMPANY, a Florida corporation,<br><br>　　　　　Counterdefendant. | |

Pursuant to the stipulation of Plaintiff and Defendants, in accordance with the parties' Settlement Agreement, and for good cause shown:

IT IS HEREBY ORDERED dismissing the above-captioned action, including all claims therein, with prejudice, with all parties to bear their own attorneys' fees and costs (except as provided for in their Settlement Agreement and/or New License Agreement).

IT IS FURTHER ORDERED that the preliminary injunction is hereby dissolved and the ten thousand dollars ($10,000) bond shall be promptly returned to Plaintiff and the Clerk of the court is so directed without further order.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over this action for the purpose of enforcing the parties' Settlement Agreement and New License Agreement, including retaining the power to enter any judgment in the event of a default under the terms thereof, including, without limitation, for injunctive relief and/or damages.

IT IS FURTHER ORDERED confirming that the parties have stipulated and agreed to the validity of United States Patent Numbers 6,555,511 and 6,855,679.

Dated this 4th day of December, 2006.

_____
Mary H. Murgula
United States District Judge